AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America )
        Plaintiff(s) )
         )   **APPEARANCE**
         )
        vs. )   CASE NUMBER   1:07cr00294
Ingersoll-Rand Italiana SpA )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Kathleen M Hamann__ as counsel in this
        (Attorney's Name)

case for: __the United States of America__
        (Name of party or parties)

14 November 2007
Date

*[Signature]*
Signature

Kathleen M Hamann
Print Name

DC 502210
BAR IDENTIFICATION

1400 New York Avenue, NW
Address

Washington, DC  20005
City    State    Zip Code

(202) 305-7413
Phone Number